# UNITED STATES DISTRICT COURT

for the

District of Massachusetts



Case No. _____

*(to be filled in by the Clerk's Office)*

Thomas Edward Humphrey

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

DOUGLAS PROSECUTING ATTORNEY

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)*    Yes    No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Thomas Edward Humphrey |
   | Street Address | 12 Summer Street Apt. 2 |
   | City and County | Boston, Suffolk County |
   | State and Zip Code | Mass. Republic [ 02129 ] |
   | Telephone Number | (617) 835-9319 |
   | E-mail Address | thomasehumphrey@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | DOUGLAS PROSECUTING ATTOREY |
| Job or Title *(if known)* | |
| Street Address | 203 E Lincoln Ave |
| City and County | Ava, Douglas County |
| State and Zip Code | MO, 65608 |
| Telephone Number | (417) 683-2919 |
| E-mail Address *(if known)* | douglas.county.pa@prosecutors.mo.gov |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    Federal question      √ Diversity of citizenship

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* Thomas Humphrey , is a citizen of the State of *(name)* Massachusetts .

2. The Defendant(s)

   b. If the defendant is a corporation

      The defendant, *(name)* DOUGLAS PROSECUTING ATTOREY , is incorporated under the laws of the State of *(name)* Missouri , and has its principal place of business in the State of *(name)* Missouri .

      Or is incorporated under the laws of *(foreign nation)* ,

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**\*\*PLEASE SEE ATTACHED BASIS OF CLAIM\*\***

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/08/2024

Signature of Plaintiff: TH All Rights Reserved
Printed Name of Plaintiff: Thomas Edward Humphrey

BASIS OF CLAIM

On August 9, 2021, acting in good faith, I attempted to put the Douglas County Prosecuting Attorney's Office (203 E Lincoln Ave, Ava MO 65608) on notice informing them of my status as a private American National of the several union states. The prosecuting attorney was uncomfortable with me recording our communication and refused to accept my notice, leaving it on the counter. He then proceeded to have his assistant call law enforcement (Ava Police Department 504 NW 12th Ave, Ava MO 65608) to have me trespassed. I was falsely charged and illegally arrested for conducting official business in a government public service building. I remained calm and diplomatic yet was trespassed and charged with disorderly conduct. **A signed arrest warrant must be present for an arrest to take place or a criminal act with an injured party.** (*Please see page 2 of our International Charter for the American National People of the Creator please*)

Recordings may be made from any public place where a member of the public has the legal right to be present, as long as he/she does not interfere with law enforcement activity. Members of the public have a broad right to film interactions with public officials and agency staff conducting business in public areas where there is no reasonable expectation of privacy. You have the right to record video of police or public officials engaged in the performance of their official duties anywhere that any member of the public can legally access.

Unwarranted arrest and detention in handcuffs **$100,000.00**. Half an hour detained in handcuffs **$60,000.00**. An hour detained in a Ava Police Department holding cell **$60,000.**

**Total monetary damages for personal injury caused by the unlawful conduct of the Douglas County Prosecuting Attorney's Office and the Ava Police Department total: $220,000.00**

*[handwritten signature]* UCC 1-308 ARR    08/08/2023

# FILE ON DEMAND

**COMES NOW,** Thomas Humphrey to demand that the clerk perform only a ministerial function, that the clerk not perform any tribunal functions, and that the clerk file the attached.

**MANDATORY NOTICE:** Please take mandatory notice *Federal Rules of Evidence 201(d)* that Plaintiff has a lawful right to proceed without cost, based upon the following law:

The U.S. Supreme Court has ruled that a natural man or woman is entitled to relief for free access to its judicial tribunals and public offices in every State in the Union -- *2 Black 620, see also Crandell v. Nevada, 6 Wall 35.*

"Plaintiff should not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of the State and should not be applied to the Plaintiff who is a natural individual and entitled to relief" -- *Hale v. Henkel (201 U.S. 43).*

## THE CLERK IS THEREFORE DIRECTED TO FILE THE ATTACHED ACTION AT LAW WITHOUT COST

**BE IT FURTHER KNOWN** If the clerk has been instructed by a Judge or other public official who is superior to your office to not file certain documents, to remove certain documents, or have knowledge of the removal certain documents and you feel compelled to obey that person, you must consider:

*18 USC § 2076* - Whoever, being a clerk of a district court of the United States, willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

*Article 4 section 1 of the Constitution for the United States of America states:* "Full faith and credit shall be given in each state to the public acts, records, and judicial proceedings of every other state". Violations are Criminal felony offenses pursuant to *18 USC §§ 241, 242, 1951, 2071* and others. Any Citizen who is aware of a felony offense being committed by any Public Official, in violation of the Constitution, is mandated to report it under *18 USC §4* - Misprision of felony: Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both.

*18 USC §1512b* engages in misleading conduct -- (b) Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent the testimony of any person in an official proceeding; (2) cause or induce any person to -- (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an object with intent to impair the object's integrity or availability for use in an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both. (3) ... (c) Whoever corruptly—(1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's integrity or availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding, or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.

*18 USC § 2071* - Concealment, removal, or mutilation generally – (a) Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, or, with intent to do so takes and carries away any record, proceeding, map, book, paper, document, or other thing, filed or deposited with any clerk or officer of any court of the United States, or in any public office, or with any judicial or public officer of the United States, shall be fined under this title or imprisoned not more than three years, or both. (b) Whoever, having the custody of any such record, proceeding, map, book, document, paper, or other thing, willfully and unlawfully conceals, removes, mutilates, obliterates, falsifies, or destroys the same, shall be fined under this title or imprisoned not more than three years, or both; and shall forfeit his office and be disqualified from holding any office under the United States. As used in this subsection, the term "office" does not include the office held by any person as a retired officer of the Armed Forces of the United States.

_____TH_ All Rights Reserved Aggrieved